JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JEANETTE JAIME,

       Plaintiff,

v.

COUNTY OF RIVERSIDE and
Does 1-10,

       Defendants.

Case: 5:14-CV-01608-CAS-KK

[~~PROPOSED~~] ORDER

### [~~PROPOSED~~] ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: <u>August 10, 2015</u> _

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE

1